AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

COPY

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | |
| JANET GAIBL | Case Number:    03-10348-RGS |
| 11 WHITMORE STREET | |
| BROCKTON, MA 02301 | |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
| United States District Court | **COURTROOM # 25, 7th FLOOR** |
| 1 Courthouse Way | |
| Boston, MA 02210 | Date and Time |
| Before:    **MARIANNE B. BOWLER, U.S. MAGISTRATE JUDGE** | **DECEMBER 9, 2003 at 3:00 P.M.** |

To answer a(n)

X   Indictment        Information        ComplaintCom        Violation        Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    371

Brief description of offense:

SEE ENCLOSED

**PLEASE NOTE: DEFENDANT MUST REPORT TO PRETRIAL SERVICES AT 11:30 A.M., DECEMBER 9, 2003; PRETRIAL SERVICES IS LOCATED ON THE FIRST FLOOR OF THE COURTHOUSE**

_Marianne B. Bowler_          _December 1, 2003_
Signature of Issuing Officer                    Date

MARIANNE B. BOWLER, Ch. U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]   Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
             Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.