UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 12-9-03

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiffs )<br> )<br>V. )<br> )<br>GAIBL, ET AL )<br>Defendants )<br> ) | CRIMINAL DOCKET NO.<br>1:03-CR-10348-RGS-ALL |

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT,
JOSEPH CASSIDY

Please enter the appearance of Attorneys George Hassett and Michael F. Hanley of the Law Offices of Hanley, Hassett & Fitzsimmons, 500 Granite Avenue, Milton, Massachusetts 02186 on behalf of the defendant Joseph Cassidy relative to the above-referenced matter.

Respectfully Submitted,
by Defendant, Joseph Cassidy's attorneys,

George Hassett/BBO#225500
Michael F. Hanley/BBO#628450
HANLEY, HASSETT & FITZSIMMONS
500 Granite Avenue
Milton, Massachusetts 02186
(617) 298-8900

DATED:  December 9, 2003