## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.

JANET GAIBL
                              CRIMINAL CASE NO. 03-10348-RGS

### APPOINTMENT OF FEDERAL DEFENDER
### (SYRIE FRIED)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **December 15, 2003** to represent said defendant in this cause until further order of the Court.

                              By:    /s/
                                  MARIANNE B. BOWLER
                                Chief United States Magistrate Judge

DATE: December 15, 2003

(FPDAPPNOTICECUSMJB.wpd - 11/98)          [koapptpd.]