```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )    Criminal No.  03-CR-10348-RGS
                              )
    v.                        )    VIOLATIONS:
                              )    18 U.S.C. §371
JANET GAIBL and               )        (Conspiracy)
JOSEPH CASSIDY,               )    18 U.S.C. §1001
        Defendants.           )        (False Statements)
```

**GOVERNMENT'S MOTION TO EXCLUDE PERIODS OF DELAY**

Pursuant to Local Rule 112.2 and 18 U.S.C. §3161(h)(8))A), the government moves the Court to exclude the following periods of time from the Speedy Trial Act calculation:

1. As to the defendant Joseph Cassidy, the period from the date of his arraignment, December 9, 2003, to and including January 6, 2004, the 28 day excludable period pursuant to Local Rule 112.2(A)(2);

2. As to the defendant Janet Gaibl, the period from the date of her arraignment, December 16, 2003, to and including January 13, 2004, the 28 day excludable period pursuant to Local Rule 112.2(A)(2);

3. As to both defendants, and as agreed at the initial status conference held on January 26, 2004, the period from January 26, 2004 to and including March 8, 2004, requested by the defendants as the reasonable period in which they will complete their respective review of the government's automatic disclosures. This period of delay is excluded pursuant to 18 U.S.C. §3161(h)(8))A) because the interests of justice in

allowing the defendants the additional requested time for document review outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 27, 2004                    By its attorney,

                                                    MICHAEL J. SULLIVAN
                                                  United States Attorney

                                By:   __/S/_____
                                      Lori J. Holik
                                      Assistant U.S. Attorney
                                      One Courthouse Way
                                      Boston, MA 02210
                                      (617)748-3100
                                      Lori.Holik@usdoj.gov
                                      BBO # 238030

## CERTIFICATE OF SERVICE

    I hereby certify that on January 27, 2004, I caused a copy of the above document to be served on all parties of record by causing same to be mailed, first class mail, postage prepaid, to their respective counsel of record.

                                          __/S/_____
                                          Lori J. Holik
                                          Assistant U.S. Attorney