UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )  Criminal No. 03-10348-RGS
                     )
    v.              )
                     )
JANET GAIBL and         )
JOSEPH CASSIDY,        )
      Defendants.    )

MOTION FOR ORDER TERMINATING
REFERRAL TO MAGISTRATE JUDGE

The government hereby moves the Court for an Order terminating the referral of this case to the Magistrate Judge, and returning the case to the District Court for the purpose of scheduling Rule 11 hearings for the defendants.

Dated: April 27, 2004    By its attorney,

                     MICHAEL J. SULLIVAN
                     United States Attorney


By:    _____
        Lori J. Holik
        Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2004, I caused a copy of the above motion to be served by causing same to be mailed to both counsel of record, first class mail, postage prepaid.

        _____
        Lori J. Holik
        Assistant U.S. Attorney