# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10348-RGS

UNITED STATES OF AMERICA

v.

JANET GAIBL
JOSEPH CASSIDY

## FINAL STATUS REPORT

April 28, 2004

**BOWLER, Ch. U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1.  The Indictment in the above-entitled case, which charges the defendants with conspiracy, was returned on November 19, 2003;

2.  Defendant Joseph Cassidy was arraigned on the Indictment on December 9, 2003. Defendant Janet Gaibl was arraigned on the Indictment on December 17, 2003;

3.  Defendants Janet Gaibl and Joseph Cassidy are not in custody on the charges;

4.  At the time of the arraignments, the attorney for the government estimated that the government would call approximately five to ten witnesses and that the trial would last approximately one week;

5.  Defense counsel for both defendants have indicated that the case will likely be resolved by way of a plea of guilty;

6.  This case is hereby returned to the district judge to whom it is assigned.

_____/s/_____

**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

2