UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.           CRIMINAL NO. 03-10348-RGS

JANET GAIBL and
JOSEPH CASSIDY

# NOTICE OF INITIAL PRE-TRIAL CONFERENCE

**STEARNS, DJ.**                      **MAY 6, 2004**

ALL COUNSEL IN THE ABOVE-CAPTIONED ACTION ARE HEREBY ORDERED TO APPEAR FOR AN INITIAL PRE-TRIAL CONFERENCE ON:

<u>MONDAY, MAY 24, 2004 AT 3:45 P.M.</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                      RICHARD G. STEARNS
                      UNITED STATES DISTRICT JUDGE

            BY:
                    /s/ Mary H. Johnson
                    **Deputy Clerk**

TO: AUSA Holik; Attys. Bardi, Fried, Hassett, Hanley.