```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )
                         )
v.                       )     CRIM. NO. 03-10348-RGS
                         )
                         )
JANET GAIBL              )
```

## MOTION TO RESCHEDULE STATUS CONFERENCE

The defendant Janet Gaibl respectfully moves this Court to reschedule the status conference in the above-captioned case. The hearing is currently set for May 24, 2004. The defendant requests that this hearing be reset until the week of May 31 or June 7, 2004.

As grounds for this motion, undersigned counsel states that she is scheduled to appear at a detention hearing in Worcester before the Honorable Charles B. Swartwood in the case of <u>United States v. Roberto Solorio</u> at 2:00 p.m. on May 24. This case involves multiple defendants and counsel's client has relatives coming to the hearing from California. This conflict will prevent counsel from being able to appear before this Court on today's date.

Undersigned has spoken with Assistant U.S. Attorney Lori Holik about this request to reschedule this hearing. Counsel

-1-

represents that Ms. Holik assents to this request to reschedule the hearing.

Wherefore, for the above-stated reason, counsel for the defendant requests that this motion to reschedule the status conference in this case be granted.

        Respectfully submitted,

        By her attorney,

        _____
        /s/ Syrie D. Fried
           B.B.O. # 555815
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02210
        Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Syrie D. Fried, do hereby certify that a copy of the foregoing motion was served upon Assistant United States Attorney Lori Holik this 24th day of May, 2004.

        _____
        Syrie D. Fried