UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                            CRIMINAL NO. 03-10348-RGS

JANET GAIBL

# NOTICE OF RE-SCHEDULED SENTENCING

**STEARNS, DJ.**                                             **MARCH 15, 2005**

SENTENCING IN THE ABOVE-CAPTIONED ACTION IS HEREBY RE-SCHEDULED TO:

**WEDNESDAY, MAY 11, 2005 AT 3:15 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                  RICHARD G. STEARNS
                                                  UNITED STATES DISTRICT JUDGE

     **BY:**

                                       /s/ Mary H. Johnson
                                       Deputy Clerk

**TO: Lori Holik, AUSA; Syrie Fried, Esq., Sean Buckley, USPO.**