```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )   Criminal No. 03-10348-RGS
                            )
     v.                     )
                            )
JANET GAIBL,                )
                            )
         Defendant.         )
```

GOVERNMENT'S §5K1.1 DOWNWARD DEPARTURE MOTION
BASED UPON SUBSTANTIAL ASSISTANCE OF DEFENDANT JANET GAIBL

The United States hereby moves the Court, pursuant to U.S.S.G. §5K1.1, for a downward departure from the applicable sentencing guideline range for the sentencing of Defendant Janet Gaibl, based upon the substantial assistance provided to the government by Defendant Gaibl.

```
Dated: May 9, 2005          By its attorney,

                            MICHAEL J. SULLIVAN
                            United States Attorney


                        By: /s/ Lori J. Holik
                            Lori J. Holik
                            Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

    I hereby certify that on May 9, 2005, I caused a copy of the above Motion to be served by causing same to be electronically filed with the Court.

                                          /s/ Lori J. Holik
                                          Lori J. Holik
                                          Assistant U.S. Attorney