```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
      v.                       )     Criminal No. 03-10348-RGS
                               )
JANET GAIBL ,                  )
                               )
      Defendant.               )
```

### GOVERNMENT'S MOTION TO DISMISS
### COUNTS TWO AND THREE OF THE INDICTMENT

Pursuant to Fed.R.Crim.P. 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby moves to dismiss Counts Two and Three of the Indictment.  In support of this motion, the government states that Defendant Gaibl has pleaded guilty to, and has been sentenced upon, Count One of the Indictment.  The dismissal is in accordance with her guilty plea and her sentence, and is in the interests of justice.

```
Dated: May 24, 2005              Respectfully submitted,

                                 MICHAEL J. SULLIVAN
                                 United States Attorney



                           By:   /s/ Lori J. Holik
                                 Lori J. Holik
                                 Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

    I hereby certify that on May 24, 2005 I caused a copy of the above Motion to be served by causing same to be electronically filed with the court.

                                              <u>/s/ Lori J. Holik</u>
                                              Lori J. Holik
                                              Assistant U.S. Attorney